UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 1:22-CR-10032 |
| | ) |
| v. | ) Violation: |
| | ) |
| INMAR SAMUEL AGUILUZ-PALACIOS, | ) Count One: Unlawful Reentry of Deported Alien |
| | ) (8 U.S.C. § 1326) |
| Defendant | ) |

INDICTMENT

COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about August 15, 2021, in the District of Massachusetts, the defendant,

INMAR SAMUEL AGUILUZ-PALACIOS,

being an alien and having been excluded, removed, and deported from the United States on or about May 21, 2014, was found in the United States without having received the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1); and Title 6, United States Code, Sections 202(3)-(4) and 557.

A TRUE BILL

*Maria Picucci*
FOREPERSON

_____
KENNETH G. SHINE
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: FEBRUARY 3, 2022
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

2